# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
JUL 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JOSE MANUEL GUILLEN-AGUINIGA,

           Defendant.

CASE NO. 07CR1404-GT

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of: 8:1326 (a) and (b) - Deported Alien Found in the United States.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/12/07

_____
GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE